UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 08 B 04485
   REGINALD LASHLEY
   YOLANDA A LASHLEY                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-2626     SSN XXX-XX-8990
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/27/08 .

2. The case was dismissed without confirmation, 08/15/2008.

3. The Debtor paid a total of $ 3187.61 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| EVERHOME MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| EVERHOME MORTGAGE CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| EVERHOME MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| NATIONSTAR MORTGAGE LLC | CURRENT MORTG | .00 | .00 | .00 |
| NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | .00 | .00 | 750.00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| ANHEUSER BUSCH/AMER EA | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |

```
CITIBANK                      UNSECURED      NOT FILED              .00         .00
DIRECT MERCHANTS CREDIT       UNSECURED      NOT FILED              .00         .00
FIRST MIDWEST BANK            UNSECURED      NOT FILED              .00         .00
GEMB                          UNSECURED      NOT FILED              .00         .00
HSBC                          UNSECURED      NOT FILED              .00         .00
HSBC                          UNSECURED      NOT FILED              .00         .00
HSBC                          UNSECURED      NOT FILED              .00         .00
HSBC                          UNSECURED      NOT FILED              .00         .00
HSBC                          UNSECURED      NOT FILED              .00         .00
ECAST SETTLEMENT CORP         UNSECURED      NOT FILED              .00         .00
MAZDA AMERICAN CREDIT         UNSECURED      NOT FILED              .00         .00
NICOR GAS                     UNSECURED      NOT FILED              .00         .00
NICOR GAS                     UNSECURED      NOT FILED              .00         .00
NICOR GAS                     UNSECURED      NOT FILED              .00         .00
RBS NB                        UNSECURED      NOT FILED              .00         .00
SST FAIRLANE CREDIT           UNSECURED      NOT FILED              .00         .00
WASHINGTON MUTUAL CARD S      UNSECURED      NOT FILED              .00         .00
WASHINGTON MUTUAL CARD S      UNSECURED      NOT FILED              .00         .00
WFNNB/HARLEM FURNITURE        UNSECURED      NOT FILED              .00         .00
WFNNB/HARLEM FURNITURE        UNSECURED      NOT FILED              .00         .00
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 750.00 | .00 | .00 | .00 | 750.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 750.00 | .00 | .00 | .00 | 750.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3500.00
and was paid $    146.00  direct and $   2252.72  through the plan.

The Trustee received $    184.89 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                          PAGE   3
    CASE NO. 08 B 04485 REGINALD LASHLEY & YOLANDA A LASHLEY
```